THOMAS BURGEN V. CHARLES L. PALMER.

No. 15,587. ( 96 Pac. 1118.)

AGENCY—*Commission*—*"Purchaser."* One employed to find a purchaser of real estate could not recover a commission without showing that he had found a purchaser with financial ability to buy.

Error from Republic district court; WILLIAM T. DILLON, judge. Opinion filed June 6, 1908. Affirmed.

*V. D. Bullen,* for plaintiff in error.

*Hugh Alexander,* for defendant in error.

*Per Curiam:* The plaintiff sued to recover his commission as a real-estate agent employed to find a purchaser for the defendant's land. The court instructed the jury to return a verdict for the defendant, and the plaintiff prosecutes error. The abstract is barren of any evidence even tending to show that the plaintiff

found a purchaser who had the financial ability to buy. Therefore, he failed to make out the case. Each party asked for a peremptory instruction in his favor. Since there was no evidence of a fact indispensable to the plaintiff's right to recover, the direction of a verdict for the defendant was proper.

The judgment of the district court is affirmed.